JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 802 -- In re Applied Crane, Inc., Contract Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 89/03/30 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- filed by deft. Applied Crane, Inc. for transfer of action pursuant to 28 U.S.C. §1407 -- SUGGESTED TRANSFEREE DISTRICT: E.D. North Carolina (ds) |
| 89/04/07 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing on May 18, 1989 in Wash., D.C. (rh) |
| 89/04/10 | | APPEARANCES: FRANK L. BRYANT, ESQ. for Applied Crane, Inc. and GEORGE W. BESWICK, ESQ. for J. N. Futia Co., Inc. and The Aetna Casualty and Surety Company (rh) |
| 89/04/11 | | APPEARANCE: JAMES P. McLOUGHLIN, JR., ESQ. for Saturn Engineering Corporation (rh) |
| 89/05/18 | | WAIVER OF ORAL ARGUMENT: ALL WAIVED -- (Hearing on 5/18/89 in Wash., D.C.) (rh) |
| 89/05/31 | | CONSENT OF TRANSFEREE COURT -- For transfer of litigation to the Eastern District of North Carolina to the Hon. James C. Fox for pretrial proceedings (rh) |
| 89/05/31 | | TRANSFER ORDER -- Transferring A-1 to the Eastern District of North Carolina pursuant to 28 U.S.C. §1407 -- Notified involved judges, clerks, counsel and misc. recipients (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 802 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE APPLIED CRANE, INC., CONTRACT LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| May 18, 1989 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | May 31, 1989 | TO | Unpublished | E.D. North Carolina | Hon. James C. Fox | |

Special Transferee Information

DATE CLOSED: 7/24/89 D

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 802 -- In re Applied Crane, Inc., Contract Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Saturn Engineering Corporation v. Applied Crane, Inc. | W.D.N.C. McMillan | C-C-88-517-M | 5-31-89 | 89-81-CIV-4 | 7/24/89 D | |
| A-2 | U.S.A., etc. v. J. N. Futia Co., Inc., et al. | E.D.N.C. Fox | 88-107-CIV-4 | — — — | — — — | 7/19/90 D | |

*July 1990 - 2 Die / Litigation Closed*

5-31-89
7-24-89

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 802 -- In re Applied Crane, Inc., Contract Litigation

---

SATURN ENGINEERING CORPORATION (A-1)
James P. McLoughlin, Jr., Esq.
Moore & Van Allen
3000 NCNB Plaza
Charlotte, North Carolina  28280


U.S.A., ETC. (A-2)  (No App. Rec'd)
Unable to determine counsel or
address



APPLIED CRANE, INC.
Frank L. Bryant, Esq.
DeArmon & Burris
Suite 830, First Citizens Bank Plaza
128 South Tryon Street
Charlotte, North Carolina  28202


J. N. FUTIA CO., INC.
THE AETNA CASUALTY AND SURETY COMPANY
George W. Beswick, Esq.
Beswick, Herring, Graham & Barnhill
1004 East Main Street
Post Office Box 900
Havelock, North Carolina  28532-0900

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 802 -- In re Applied Crane, Inc., Contract Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Applied Crane, Inc. | A-1, A-2 |
| J. N. Futia Co., Inc. | A-2 |
| The Aetna Casualty and Surety Company | A-2 |
| Saturn Engineering Corporation | A-2 |