JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

MAY 31 1989

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 802

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE APPLIED CRANE, INC., CONTRACT LITIGATION

    Saturn Engineering Corporation v. Applied Crane, Inc.,
      W.D. North Carolina, C.A. No. C-C-88-517-M
    United States of America, for the benefit of Applied Crane,
      Inc. v. J.N. Futia Co., Inc., et al., v. Saturn Engineering
      Corp., E.D. North Carolina, C.A. No. 88-107-CIV-4

TRANSFER ORDER

    This litigaion consists of the above-captioned actions pending, respectively, in the Western and Eastern Districts of North Carolina. All parties to the actions either agree upon the desirablility of, or do not oppose, transfer of the Western District of North Carolina action under 28 U.S.C. §1407 to the Eastern District of North Carolina for coordinated or consolidated pretrial proceedings with the action pending there. The Panel finds, upon consideration of the papers submitted,[1] that these actions involve common questions of fact and that transfer will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation.

    IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the first above-captioned action pending in the Western District of North Carolina be, and the same hereby is, transferred to the Eastern District of North Carolina and, with the consent of that court, assigned to the Honorable James C. Fox for coordinated or consolidated pretrial proceedings with the second above-captioned action already pending there.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

[1] The parties waived oral argument and, accordingly, the question of transfer of these actions under Section 1407 was submitted on the briefs. Rule 17, R.P.J.P.M.L., 120 F.R.D. 251, 262 (1988).